UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 04-58321-TJT
HELEN LAURA BROWN  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DTE ENERGY<br>3200 HOBSON STREET LOWER LEVEL<br>DETROIT, MI 48201-2927 | 4 | 6.00 | UNSECURED | 1098753 | 9/30/08 | $ 7.52 |

DATED: October 17, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    3578901
DETROIT, MICHIGAN 48231-1930

0458321 00008 017414 1098753
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 09/30/2008　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1098753
Payee: CLERK OF US BANKRUPTCY COURT

| 0458321 | HELEN LAURA BROWN | | | 7.52 | 0.00 | 7.52 |
|---|---|---|---|---|---|---|
| | ACCT: 177795700018 | CLAIM: 00006  TYPE: T | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611     CHECK NO. 1098753
SunTrust Bank

FOR HELEN LAURA BROWN
BK:0458321  ACCT:177795700018
PRIN:   7.52   INT:   0.00
BAL:    0.00   CODE:U[0.00]00006

DATE  Sep 30, 2008
AMOUNT  **********7.52

PAY  **7.52**
Seven And 52 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $7.52
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1098753⑈ ⑆061100790⑆ 0000005751516⑈

04-58321-tjt    Doc 50    Filed 10/17/08    Entered 10/17/08 06:43:00    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
HELEN LAURA BROWN

CASE NO. 04-58321-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & BRODSKY PLC**  
**23843 JOY ROAD**  
**DEARBORN HEIGHTS, MI 48127**

**Last Known Address for Debtor:**

**HELEN LAURA BROWN**  
**5060 E OUTER DR**  
**DETROIT, MI 48234**

DATED: October 17, 2008

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226