UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

HELEN LAURA BROWN

CASE NO. 04-58321-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DTE ENERGY<br>3200 HOBSON STREET LOWER LEVEL<br>DETROIT, MI 48201-2927 | 4 | 6.00 | UNSECURED | 1098754 | 9/30/08 | $ 346.41 |

DATED: October 17, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    4578901
DETROIT, MICHIGAN 48231-1930

0458321 00008 07414 1098754
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 09/30/2008                                                                           Check No: 1098754
Payee: CLERK OF US BANKRUPTCY COURT

| 0458321 | HELEN LAURA BROWN | | | 0.00 | 346.41 | 346.41 |
|---|---|---|---|---|---|---|
| | ACCT: 177795700018 | CLAIM: 00006  TYPE: T | Balance: | | 0.00 | |

■ VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY                OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT       64-79       CHECK NO. 1098754
TRUSTEE                                  P.O. BOX 31-1930                                              /611
                                              Detroit, MI 48231-1930                                           SunTrust Bank
                                              (313)967-9857 FAX

FOR    HELEN LAURA BROWN                                                                                  DATE Sep 30, 2008
       BK:0458321  ACCT:177795700018
       PRIN:    0.00    INT:    346.41                                                                          AMOUNT
       BAL:     0.00    CODE:U[0.00]00006                                                                ********346.41

PAY  **346.41**
     THREE FOUR SIX PERIOD FOUR ONE                                                   THIS IS A POSITIVE PAY ACCOUNT
     Three Hundred Forty-Six And 41 / 100 Dollars                                              TRUST ACCOUNT
                                                                                                  VOID OVER $346.41
TO        CLERK OF US BANKRUPTCY COURT                                                   VOID 90 DAYS AFTER DATE
THE       % DAVID BOICE/ UNCLAIMED
ORDER     211 W FORT ST                                                                        Tammy L. Terry
OF        DETROIT, MI 48226                                                                       Chapter 13 Trustee

⑈1098754⑈  ⑆061100790⑆ 0000005751516⑈

04-58321-tjt    Doc 51    Filed 10/17/08    Entered 10/17/08 06:44:26    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

HELEN LAURA BROWN

CASE NO. 04-58321-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

FREGO & BRODSKY PLC
23843 JOY ROAD
DEARBORN HEIGHTS, MI 48127

**Last Known Address for Debtor:**

HELEN LAURA BROWN
5060 E OUTER DR
DETROIT, MI 48234

DATED: October 17, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226